# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

YAN HUA WANG AND HONG WEI
WANG, MOTHER AND FATHER OF BO
WANG (DECEDENT),

                  Petitioners

        v.

WORKERS' COMPENSATION APPEAL
BOARD (NEW LI NAIL SPA, INC.),

                  Respondent

: No. 545 EAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.